583 A.2d 313

ROBERT McCABE v. GREAT PACIFIC CENTURY CORPORATION AND PATENT SCAFFOLDING COMPANY AND HUBER, HUNT & NICHOLS CONSTRUCTION CO. v. POWER ELECTRIC COMPANY.

January 23, 1990.

Cross-petition for certification denied. (See 236 *N.J.Super.* 488, 566 *A.*2d 234)

583 A.2d 313

WALTER L. ERHARDT, JR. v. VINCENT J. LIPARI.

January 23, 1990.

Petition for certification denied.

583 A.2d 313

STATE OF NEW JERSEY v. MICHAEL McCULLOUGH.

January 23, 1990.

Petition for certification denied.

583 A.2d 313

STATE OF NEW JERSEY v. SHAWN MILNE.

January 23, 1990.

Petition for certification denied.